IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

BILL SCHIBER,

    Plaintiff,

v.

PORTFOLIO RECOVERY ASSOCIATES,

    Defendant.                                Case No. 11-cv-57-DRH

## ORDER

**HERNDON, Chief Judge:**

Before the Court is a Notice for Voluntary Dismissal (Doc. 7), filed by Plaintiff pursuant to **FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**. As Defendant has not yet filed an answer or a motion for summary judgment, the Court hereby **ACKNOWLEDGES** said Notice. Defendant is hereby **DISMISSED WITH PREJUDICE** from this suit, each Party to bear its own costs and fees.

**IT IS SO ORDERED**.

Signed this 21st day of March, 2011.

*Digitally signed by David R. Herndon*
*Date: 2011.03.21 12:56:56 -05'00'*

**Chief Judge**
**United States District Court**