IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

BILL SCHIBER,

      **Plaintiff,**

  -vs-

**PORTFOLIO RECOVERY ASSOCIATES,**

      **Defendant.**               Case No. 11-CV-57-DRH

## JUDGMENT IN A CIVIL CASE

    **DECISION BY COURT.** This matter is before the court for the purpose of docket control.

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on March 21, 2011, this case is **DISMISSED** with prejudice. Each party shall bear their own costs.

                              **NANCY J. ROSENSTENGEL,**
                              **CLERK OF COURT**


                              **BY:**       **/s/*Sandy Pannier***
                                              **Deputy Clerk**

Dated: March 22, 2011

Digitally signed by David R. Herndon
Date: 2011.03.22 15:36:20 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT